LORENZO BURHANS, Respondent, *v.* NORMAN H. HUBBARD et al., Appellants.

(Argued April 21, 1875; decided April 27, 1875.)

*Richard H. Huntley* for the appellants.

*Samuel Hand* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

ISAAC P. JONES, Respondent, *v.* HENRY T. HAMILL, Appellant.

(Argued April 21, 1875; decided April 27, 1875.)

*J. F. Malcolm* for the appellant.

*Richard H. Huntley* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.